UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE FERNANDEZ, *on behalf of herself and all others similarly situated*,

        Plaintiffs,

– against –

HITCHCOCK SHOES, INC.,

        Defendant.

**ORDER**

25-cv-02694 (ER)

Ramos, D.J.:

    Jacqueline Fernandez brought this action against Hitchcock Shoes, Inc. on April 1, 2025. Doc. 1. At a pre-motion conference, on August 12, 2025, the Court granted Fernandez's request for leave to file an amended complaint, and Fernandez informed the Court that she would file an amended complaint by August 15, 2025. Since then, there has been no activity in this case.

    Fernandez is directed to submit a status letter by no later than September 4, 2025.

    It is SO ORDERED.

Dated:   August 29, 2025
           New York, New York

                                            EDGARDO RAMOS, U.S.D.J.